ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
THIRD DIVISION

---

JOE HAND PROMOTIONS, INC.
as Broadcast Licensee of the OCTOBER 4, 1997
LEWIS/GOLOTA Program,

Plaintiff,

-against-

**TODD AUSTIN and SHIRLENE RODRIGUEZ a/k/a SHIRLENEN AUSTIN, Individually and as officers, directors, shareholders and/or principals of TODD & TODD LLC d/b/a BOX CAR JOE'S BAR & GRILL;**

**and**

**TODD & TODD LLC d/b/a BOX CAR JOE'S BAR & GRILL;**

and

ROSIE L. DANIELS, Individually and as an officer, director, shareholders and/or principal of JAZZVILLE, INC. d/b/a JAZZVILLE a/k/a JAZZVILLE NIGHT CLUB;

and

JAZZVILLE, INC. d/b/a JAZZVILLE a/k/a JAZZVILLE NIGHT CLUB;

Defendants.

**NOTICE OF PARTIAL DISMISSAL**

Civil Case No. 00-CV-2411 ADM/SRN

---

**JOE HAND PROMOTIONS, INC.**, the plaintiff in the above entitled action, by its attorneys, pursuant to Rule 41 (a)(1)(i) , hereby discontinues the within action specifically against the following defendants:

**TODD & TODD LLC d/b/a BOX CAR JOE'S BAR & GRILL** with prejudice and without costs to either

FILED MAR 0 9 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD________
DEPUTY CLERK ________

party as against the other. This partial dismissal does not effect the claims against the remaining defendants.

Dated: March 6, 2001
Ellenville, New York

LONSTEIN LAW OFFICE P.C.

By:______________________
Julie Cohen Lonstein, Esq.
Bar Roll No. 506422
Attorneys for plaintiff
Office & PO Address
1 Terrace Hill: PO Box 351
Ellenville, NY 12428
Tel: (845) 647-8500

SO ORDERED THIS 9 day of March, 2001

______________________
HON. ANN D. MONTGOMERY

CERTIFICATION OF SERVICE

This is to certify that the foregoing document was duly served by mailing true and accurate copies to:

Todd & Todd, LLC d/b/a Box Car Joe's
600 N. Concord St.
South Saint Paul, MN 55075

[x] By US Postal Service,
On this 6th day of March, 2001

______________________
JULIE COHEN LONSTEIN, ESQ.