# UNITED STATES DISTRICT COURT
**District of Minnesota**

Joe Hand Promotions, Inc.,

Plaintiff(s)

-vs-

Civil Action 00-2411ADM/SRN

Todd Austin and Shirlene Rodriguez, a/k/a Shirlenen Austin, individually and as officers, directors, shareholders and/or principals of Todd & Todd LLC d/b/a Box Car Joe's Bar & Grill, Todd & Todd d/b/a Box Car Joe's Bar & Grill; Rosie L. Daniels, individually and as an officer, director, shareholders and/or principal of Jazzville, Inc., d/b/a Jazzville a/k/a Jazzville Night Club and Jazzville, Inc d/b/a Jazzville a/k/a Jazzville Night Club,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Todd Austin and Shirlene Rodriguez, a/k/a Shirlene Austin are in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Todd Austin

Shirlene Rodriguez, a/k/a Shirlene Austin

this 9th day of March, 2001.

FRANCIS E. DOSAL, CLERK

By ______________________________

Denise La Fond, Deputy Clerk