UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOE HAND PROMOTIONS, INC.,

Plaintiff,

v.

TODD AUSTIN, et al.,

Defendants.

ORDER

Civil No. 00-2411(ADM/SRN)

---

The Summons and Complaint in this action having been duly served on the defendant Todd Austin and Shirlene Rodriguez a/k/a Shirlene Austin, individually and as officers, directors, shareholders and/or principals of Todd & Todd, LLC d/b/a Box Car Joe's Bar & Grill, on the 30th day of November 2000, and said defendants having failed to plead or otherwise defend in this action, and said default having been duly noted;

Based upon the motion of Julie Cohen Lonstein of the Lonstein Law Office as counsel for plaintiff, IT IS HEREBY ORDERED THAT:

1. Joe Hand Promotions, Inc, the plaintiff, does recover of Todd Austin individually $146,009.86 plus interest at the legal rate in effect on the date of this judgment. This amount consists of $110,000.00, the amount claimed, plus $35,581.44 for interest at the rate of 9% per annum plus $428.42 for costs and disbursements.

2. Joe Hand Promotions, Inc., the plaintiff, does recover of Shirlene Rodriguez a/k/a Shirlene Austin individually $146,009.86 plus interest at the legal rate in effect on the date of this judgment. This amount consists of $110,000.00, the amount claimed, plus $35,581.44 for interest at the rate of 9% per annum plus $428.42 for costs and disbursements.

FILED JUL 2 5 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D JUL 2 5 2001
DEPUTY CLERK

3. The actions against the remaining defendants Todd & Todd LLC d/b/a Box Car Joe's Bar and Grill; Rosie L. Daniels individually and as an officer, director shareholder and/or principal of Jazzville Inc. d/b/a Jazzville a/k/a Jazzville Night Club; Jazzville, Inc. d/b/a Jazzville a/k/a Jazzville Night Club are hereby DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 24, 2001

JUDGE ANN D. MONTGOMERY
United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500