ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
THIRD DIVISION

---

JOE HAND PROMOTIONS, INC.
as Broadcast Licensee of the OCTOBER 4, 1997
LEWIS/GOLOTA Program,

Plaintiff,

-against-

TODD AUSTIN and SHIRLENE RODRIGUEZ a/k/a SHIRLENEN AUSTIN, Individually and as officers, directors, shareholders and/or principals of TODD & TODD LLC d/b/a BOX CAR JOE'S BAR & GRILL; et al.

Defendants.

---

**NOTICE OF DISMISSAL**
Civil Case No. 00-CV-2411 ADM/SRN

RECEIVED
BY MAIL
NOV 05 2001
CLERK US DIST COURT
ST. PAUL, MN

**JOE HAND PROMOTIONS, INC.**, the plaintiff in the above entitled action, by its attorneys, pursuant to Rule 41 (a)(2) , hereby discontinues the within action specifically against the following defendants:

**ROSIE L. DANIELS, Individually and as an officer, director, shareholders and/or principal of JAZZVILLE, INC. d/b/a JAZZVILLE a/k/a JAZZVILLE NIGHT CLUB;and JAZZVILLE, INC. d/b/a JAZZVILLE a/k/a JAZZVILLE NIGHT CLUB** with prejudice and without costs to either party as against the other.

The Court shall retain jurisdiction over this matter in the event of non compliance of the settlement agreement entered between the parties

Dated: March 27, 2001
Ellenville, New York

LONSTEIN LAW OFFICE P.C.

By:________________________
Julie Cohen Lonstein, Esq.
Attorneys for plaintiff
Office & PO Address
1 Terrace Hill: PO Box 351
Ellenville, NY 12428
Tel: (845) 647-8500

SO ORDERED THIS 5th day of November, 2001

________________________
HON. ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

FILED NOV 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________