ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
THIRD DIVISION

JOE HAND PROMOTIONS, INC.
as Broadcast Licensee of the OCTOBER 4, 1997
LEWIS/GOLOTA Program,

Plaintiff,

-against-

**TODD AUSTIN and SHIRLENE RODRIGUEZ a/k/a SHIRLENEN AUSTIN, Individually and as officers, directors, shareholders and/or principals of TODD & TODD LLC d/b/a BOX CAR JOE'S BAR & GRILL;**

**and**

**TODD & TODD LLC d/b/a BOX CAR JOE'S BAR & GRILL**;

and

ROSIE L. DANIELS, Individually and as an officer, director, shareholders and/or principal of JAZZVILLE, INC. d/b/a JAZZVILLE a/k/a JAZZVILLE NIGHT CLUB;

and

JAZZVILLE, INC. d/b/a JAZZVILLE a/k/a JAZZVILLE NIGHT CLUB;

Defendants.

**NOTICE OF PARTIAL DISMISSAL**

Civil Case No. 00-CV-2411 ADM/SRN

**JOE HAND PROMOTIONS, INC.**, the plaintiff in the above entitled action, by its attorneys, pursuant to Rule 41 (a)(1)(i), hereby discontinues the within action specifically against the following defendants:

**TODD AUSTIN, Individually**

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

with prejudice and without costs to either party as against the other. This partial dismissal does not effect the claims against the remaining defendants.

Dated: August 7, 2002
Ellenville, New York

LONSTEIN LAW OFFICE P.C.

By: ______________________
Julie Cohen Lonstein, Esq.
Bar Roll No. 506422
Attorneys for plaintiff
Office & PO Address
1 Terrace Hill: PO Box 351
Ellenville, NY 12428
Tel: (845) 647-8500

SO ORDERED THIS 9th day of August, 2002

______________________
HON. ANN D. MONTGOMERY

CERTIFICATION OF SERVICE

This is to certify that the foregoing document was duly served by mailing true and accurate copies to:

Jack L. Prescott, Esq.
Prescott & Pearson, P.A.
443- Old Highway 8, Suite 208
New Brighton, MN 55112

[x] By US Postal Service,
On this 7th day of August, 2002

______________________
JULIE COHEN LONSTEIN, ESQ.